

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/18/2010

| | | |
|---|---|---|
| **Carlton Energy Group, LLC** | § § | |
| v. | § § | Adversary Proceeding 10-3221 |
| **Gene E. Phillips, et al.** | § § | Adversary Proceeding 10-3222 |

## ORDER REMANDING ADVERSARY PROCEEDINGS

By agreement of all parties, the Court orders:

1. These adversary proceedings are remanded to the 295th Judicial District Court of Harris County, Texas.

2. Certain discovery agreements were announced on the record in open court on June 18, 2010. Those agreements are enforceable in the 295th Judicial District Court as if they were made pursuant to Tex. R. Civ. P. 11.

June 18, 2010

_____
UNITED STATES BANKRUPTCY JUDGE